UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-34213-H4 |
| | § | |
| THE LANDING COUNCIL OF CO-OWNERS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION AND MOTION FOR APPROVAL OF FINAL REPORT; AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Janet S. Northrup, trustee of the above styled estate, has filed a Final Report, the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation, and the trustee is contemporaneously filing a motion for approval of the Final Report.

The complete Final Report, all applications for compensation, and the motion for approval of the Final Report are available for inspection at the Office of the Clerk, at the following address:

515 Rusk Avenue, First Floor, Houston, TX 77002

Any person wishing to object to any fee application that has not already been approved or to the Final Report or the motion for approval of the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the motion for approval of the Final Report; and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:    09/13/2024            By:   /s/ Janet S. Northrup
                                            Janet S. Northrup, Trustee

Janet S. Northrup
SBN 03953750
Total Plaza
1201 Louisiana Street, Suite 2800
Houston, TX 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
jsn@hwa.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-34213 |
| | § | |
| THE LANDING COUNCIL OF CO-OWNERS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $5,135,186.24
*and approved disbursements of*     $3,121,589.46
*leaving a balance on hand of[1]:*     $2,013,596.78

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,013,596.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Janet S. Northrup, Trustee Fees | $172,707.89 | $0.00 | $172,707.89 |
| Janet S. Northrup, Trustee Expenses | $1,527.32 | $0.00 | $1,527.32 |
| Jackson Walker, LLP, Attorney for Trustee Fees | $1,486,710.40 | $1,486,710.40 | $0.00 |
| Jackson Walker, LLP, Attorney for Trustee Expenses | $2,241.51 | $2,241.51 | $0.00 |
| KenWood & Associates, P.C., Accountant for Trustee Fees | $14,762.50 | $14,762.50 | $0.00 |
| KenWood & Associates, P.C., Accountant for Trustee Expenses | $321.64 | $321.64 | $0.00 |
| United States Trustee, U.S. Trustee Quarterly Fees | $325.00 | $0.00 | $325.00 |
| Other: Jones Lang LaSalle- Realtor | $95,000.00 | $95,000.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| commissions, Realtor for Trustee Fees | | | |
| Other: Karen Derr Relators- Realtor commissions, Realtor for Trustee Fees | $95,000.00 | $95,000.00 | $0.00 |

        Total to be paid for chapter 7 administrative expenses:     $174,560.21
        Remaining balance:     $1,839,036.57

    Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

        Total to be paid to prior chapter administrative expenses:     $0.00
        Remaining balance:     $1,839,036.57

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are: NONE

        Total to be paid to priority claims:     $0.00
        Remaining balance:     $1,839,036.57

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $1,731,940.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | Bull Capital Company | $1,521,940.35 | $0.00 | $1,521,940.35 |
| 6 | Carl Alan Kivela | $21,000.00 | $0.00 | $21,000.00 |
| 7 | Ryan Meischen | $21,000.00 | $0.00 | $21,000.00 |
| 8 | Jerry Savoy | $21,000.00 | $0.00 | $21,000.00 |
| 9 | Howard Janson | $21,000.00 | $0.00 | $21,000.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Larry Thomas, 231 | $21,000.00 | $0.00 | $21,000.00 |
| 11 | Terri Tiedemann | $21,000.00 | $0.00 | $21,000.00 |
| 12 | Frank Genzer, Jr., Unit 144 | $21,000.00 | $0.00 | $21,000.00 |
| 13 | Doreen Marderness | $21,000.00 | $0.00 | $21,000.00 |
| 14 | James Husemann | $21,000.00 | $0.00 | $21,000.00 |
| 15 | Pat Koelling, Unit 206 | $21,000.00 | $0.00 | $21,000.00 |
| 23 | Bull Capital Company | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $1,731,940.35
Remaining balance:  $107,096.22

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $107,096.22

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $107,096.22

3rd Party Interest Holder claims are as follows:*

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| | Colleen & John Peebles | $4,801.97 | $0.00 | $4,801.97 |
| | CR 2018 LLC | $4,183.88 | $0.00 | $4,183.88 |
| | Duminh D. & Tuongvi V. H. | $2,672.83 | $0.00 | $2,672.83 |

UST Form 101-7-NFR (10/1/2010)

| | Claimant | Amount | Paid | Balance |
|---|---|---:|---:|---:|
| | Enrique S. Aguirre, Cristina Suberbie Aguirre, Isabel Caolina Suberbie Aguirre, Maria Elena Suberbie | $13,104.62 | $0.00 | $13,104.62 |
| | Eric Hood f/k/a Tim C. Sackett | $5,827.77 | $0.00 | $5,827.77 |
| | Estate of Glenn Sohl, c/o Dale Welsh | $4,907.20 | $0.00 | $4,907.20 |
| | Eugene O'Sullivan and Ray Gasper | $1,935.01 | $0.00 | $1,935.01 |
| | Ignacia Owens | $6,339.24 | $0.00 | $6,339.24 |
| | Istvan Benke | $2,567.16 | $0.00 | $2,567.16 |
| | Jesus A. Borda | $5,657.54 | $0.00 | $5,657.54 |
| | Judith A. Leib | $3,720.51 | $0.00 | $3,720.51 |
| | Larry Johnston | $5,698.05 | $0.00 | $5,698.05 |
| | Larry Ratcliff | $12,769.57 | $0.00 | $12,769.57 |
| | R. Price Blalock | $4,197.37 | $0.00 | $4,197.37 |
| | Robert R. Soto | $5,233.96 | $0.00 | $5,233.96 |
| | Ronald Norwood | $3,565.05 | $0.00 | $3,565.05 |
| | Steve Corbin | $5,158.10 | $0.00 | $5,158.10 |
| | Steven M. Stuckey | $13,102.19 | $0.00 | $13,102.19 |
| | Tom Vorpe | $1,654.20 | $0.00 | $1,654.20 |

Total to be paid to 3rd Party Interest Holder claims:     $107,096.22
Remaining balance:     $0.00

Prepared By:   /s/ Janet S. Northrup
Trustee

Janet S. Northrup
1201 Louisiana St., Suite 2800
Houston, TX 77002

**\*Pursuant to Order #229 entered on May 28, 2024**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**